O-44487

overruled.